Shervin Golshani, Esq. (SBN 297320)
Christopher J. Lee (SBN 330298)
**GOLSHANI LEE LLP**
10680 Treena Street, Suite 100
Phone (858) 360-6454
golshani@golshanilee.com
lee@golshanilee.com

Leticia Zecca Ross, Esq. (SBN 344344)
**ZECCA ROSS LAW FIRM P.C.**
7668 El Camino Real, 104-444,
Carlsbad, CA 92009
Phone (619) 782-0186
leticia@zeccarosslaw.com

Attorneys for Plaintiff, TECNOGRUAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECNOGRUAS, a corporation registered in Chile;<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRANSPORTATION SERVICE LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-05984<br><br>**DECLARATION OF SHERVIN GOLSHANI IN SUPPORT OF PLAINTIFF TECNOGRUAS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>[Ex Parte Application; Declaration of Guzman; and [Proposed] Order Filed Concurrently Herewith] |

I, Shervin Golshani, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the United States District Court for the Central District of California. I am a Partner with the law firm of GOLSHANI LEE LLP, counsel of record for Plaintiff TECNOGRUAS ("Plaintiff") in the above-captioned matter. The following facts are true of my own personal knowledge, unless stated to be upon information and belief, and if called upon to testify as a witness, I could and would competently do so.

2. On July 17, 2024 I gave notice of this *ex parte* application via email to Eduardo Carvajal and Erik Wilson of the law firm ATKINSON, ANDELSON, LOYA, RUUD & ROMO, located at 12800 Center Court Drive, Suite 300, Cerritos, California 90703. I sent the email to Eduardo.Carvajal@aalrr.com and Erik.Wilson@aalrr.com, email addresses used by Counsel in prior communications with Plaintiff's counsel Leticia Zecca Ross of the firm ZECCA ROSS LAW FIRM P.C. A true and accurate copy of the email is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was signed by me on July 17, 2024 at San Diego, California.

_____
Shervin Golshani

---

1

**DECLARATION OF SHERVIN GOLSHANI IN SUPPORT OF PLAINTIFF TECNOGRUAS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

# EXHIBIT A

Wednesday, July 17, 2024 at 19:35:25 Pacific Daylight Time

| | |
|---|---|
| **Subject:** | Tecnogruas v. International Transportation Service, LLC - C.D. Case No.: 2:24-cv-05984 |
| **Date:** | Wednesday, July 17, 2024 at 7:34:10 PM Pacific Daylight Time |
| **From:** | Shervin Golshani |
| **To:** | Eduardo.Carvajal@aalrr.com, Erik.Wilson@aalrr.com |
| **CC:** | Christopher Lee, leticia@zeccarosslaw.com, kendal@zeccarosslaw.com |
| **Attachments:** | image001.png, 2024.07.17 Ex Parte Application.pdf, 2024.07.17 Guzman Decl_signed.pdf, 2024.07.17 Golshani Decl.pdf, 2024.07.17 Proposed Order.pdf |

Counsel,

This office has been retained to represent the interests of TECNOGRUAS. We will be working with Ms. Zecca Ross' office, copied here, who you have communicated with regarding this matter.

INTERNATIONAL TRANSPORTATION SERVICE, LLC. ("ITS") previously identified you as its appointed counsel with respect to the dispute between the parties arising out of the Crane Purchase and Sale Agreement. If this is inaccurate, please advise immediately.

A Complaint has been filed against ITS in the United States District Court for the Central District of California, Case No. 2:24-cv-05984. You may access the Complaint and exhibits at the following link: Tecnogruas v. ITS - Complaint

In addition, TECNOGRUAS is filing an *ex parte* application with the Court momentarily, a copy of which is attached here. We were advised by the Court that the *ex parte* hearing would likely be set for this Friday, but a date has not been confirmed as of this writing. We will circulate the court-stamped copy of the application upon receipt and advise you as to any relevant hearing dates and times immediately upon receipt.

Thank you,
Shervin



**Shervin Golshani**
Partner
**Golshani Lee LLP**
10680 Treena St, Suite 100
San Diego, CA 92131
Phone: 858-360-6454
Email: golshani@golshanilee.com

NOTICE: This e-mail, including attachments, constitutes a confidential attorney-client or other confidential communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 858-360-6454 so our address record can be corrected. Thank you.