JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TECNOGRUAS,

Plaintiff,

v.

INTERNATIONAL TRANSPORTATION SERVICE, LLC,

Defendant.

---

INTERNATIONAL TRANSPORTATION SERVICE, LLC,

Counterclaimant,

v.

TECNOGRUAS,

Counter-Defendant.

Case No. 2:24-cv-05984

**ORDER OF DISMISSAL**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1. Any and all claims and counterclaims in this action are dismissed with prejudice.

2. The Court retains jurisdiction for purposes of enforcing the terms of the parties' Confidential Settlement Agreement and General Release and any disputes arising from such agreement.

3. Each party is to bear its own attorney fees, costs, and litigation expenses.

**IT IS SO ORDERED.**

Dated: October 15, 2026

THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE